IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THE GSI GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-3011 |
| | ) | |
| SUKUP MANUFACTURING CO., | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Plaintiff The GSI Group, Inc.'s (GSI) Motion to Reconsider the Court's *Markman* Order (d/e # 99) Issued September 27, 2006, Regarding Construction of U.S. Patents 6,073,364; 6,073,367; 6,076,276; 6,233,843; 5,135,271 and 5,400,525 (d/e 105). The Motion is ALLOWED in part and DENIED in part.

GSI asks the Court to reconsider its construction of Claim 14, Part [8] of the '271 Patent; Claim 1, Part [7] of the '271 Patent; and Claim 14, Part [7] of the '271 Patent.  The Court allows the request to reconsider the construction of Claim 14, Part [8].  The Court determined that the means plus function method of analysis should be applied, but then did not state

1

the construction of the corresponding structure. <u>Opinion entered September 27, 2006 (d/e 99) (Opinion)</u>, at 19. With respect to Claim 14, Part [8], the specifications show a catch attached to the door frame that protrudes slightly into the access opening and engages the latch when the latch is moved to the locked position so as to hold the cover member closed. The Court, therefore, construes the disputed language to cover the following structure:

> a catch attached to the edge of the door frame that protrudes into the access opening and engages the latch when the latch is moved to the locked position so as to hold the cover member closed, and equivalents of that structure.

The Motion is otherwise denied. The Court has carefully reviewed the matter and determined that no further modification to the Opinion is appropriate.

THEREFORE, Plaintiff's Motion to Reconsider the Court's *Markman* Order (d/e #99) Issued September 27, 2006, Regarding Construction of U.S. Patents 6,073,364; 6,073,367; 6,076,276; 6,233,843; 5,135,271 and 5,400,525 (d/e 105) is ALLOWED in part and DENIED in part.

IT IS THEREFORE SO ORDERED.

ENTER:  November 27, 2006.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE
